# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROBIN OBENOSKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-672 |
| | § | |
| EASTEX CRUDE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robin Obenoskey and Defendant Eastex Crude Company jointly stipulate that the above entitled action is dismissed with prejudice as to all claims and causes of action that were brought or could have been brought by Plaintiff in this action, the parties to bear their own costs, expenses, and attorneys' fees.

                              Respectfully submitted,

                              VINSON & ELKINS, L.L.P.

                              /s/ Vanessa Griffith
                              VANESSA GRIFFITH
                              State Bar No. 00790469
                              3700 Trammell Crow Center
                              2001 Ross Avenue
                              Dallas, Texas 75201-2975
                              Telephone:  214.220.7713
                              Facsimile:   214.999.7713
                              Email: vgriffith@velaw.com

                              ATTORNEY FOR DEFENDANT
                              EASTEX CRUDE COMPANY

        THORPE, HATCHER & WASHINGTON, PLLC

        /s/ Steven B. Thorpe
        STEVEN B. THORPE
        State Bar No. 19990500
        CARLA S. HATCHER
        State Bar No. 09219500
        2214 Main Street
        Dallas, Texas  75201
        Telephone:  214.969.5500
        Facsimile:   214.969.9060
        Email:  thwlaw@airmail.net

        ATTORNEYS FOR PLAINTIFF
        ROBIN OBENOSKEY

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2014, the foregoing document was filed electronically with the court.  This document was served on Counsel for Plaintiff via electronic delivery if counsel is registered for same and by certified mail, return receipt requested, proper postage affixed, and addressed as follows:

        Steven B. Thorpe
        2214 Main Street
        Dallas, Texas  75201
        Email:  thwlaw@airmail.net

        /s/ Vanessa Griffith
        Council for Defendant